# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-26-00154-CR**
**NO. 03-26-00155-CR**
**NO. 03-26-00156-CR**
**NO. 03-26-00157-CR**
**NO. 03-26-00158-CR**

---

**Joseph Desean Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY**
**NOS. 20-1278-K277, 20-1279-K277, 20-1280-K277, 20-1548-K277, 20-1549-K277**
**THE HONORABLE RICK J. KENNON, JUDGE PRESIDING**

---

## MEMORANDUM OPINION

**PER CURIAM**

Joseph Desean Taylor has filed an unopposed motion to consolidate his appeals, which arise from the same trial court case and involve common issues of law and fact. The motion is granted, and the appeals are consolidated. The issues, record, and documents in cause numbers 03-26-00154-CR, 03-26-00155-CR, 03-26-00156-CR, and 03-26-00157-CR are consolidated into cause number 03-26-00158-CR. The consolidated appeal will proceed under cause number 03-26-00158-CR, and cause numbers 03-26-00154-CR, 03-26-00155-CR, 03-26-00156-CR, and 03-26-00157-CR are dismissed. *See Reece v. State*, No. 03-25-00433-CR, 2025 WL 3038072, at *1 n.1 (Tex. App.—Austin Oct. 31, 2025, pet. ref'd) (mem. op.)

(following similar procedure). Briefing will proceed in accordance with the Texas Rules of Appellate Procedure.

Before Chief Justice Byrne, Justices Theofanis and Crump

03-26-00154-CR Dismissed

03-26-00155-CR Dismissed

03-26-00156-CR Dismissed

03-26-00157-CR Dismissed

03-26-00158-CR Consolidated

Filed: March 4, 2026

Do Not Publish